# Notice Recipients

District/Off: 0970–2     User: medinad     Date Created: 5/12/2020
Case: 2:20–bk–03676–DPC     Form ID: 309A     Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | NANCY B GARCIA LARADA | 12801 S HERMIT RD | BUCKEYE, AZ 85326 | |
| tr | MAUREEN GAUGHAN | PO BOX 6729 | CHANDLER, AZ 85246–6729 | |
| aty | THOMAS ADAMS MCAVITY | PHOENIX FRESH START BAKRUPTCY ATTORNEYS | 4602 E Thomas Rd, Ste S–9 | PHOENIX, AZ 85028 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007–2650 |
| 16024547 | Abrazo West Campus | POB 745869 | Los Angeles CA 90074 | |
| 16024546 | Abrazo West Campus | POB 83093 | Birmingham AL 35283–0913 | |
| 16024548 | Arizona Department of Revenue | P.O. Box 52016 | Phoenix AZ 85038–9204 | |
| 16024549 | Auto Now Financial Ser | Attn: Bankruptcy | Po Box 816 | Glendale AZ 85311 |
| 16024550 | Central Credit Services, LLC | 9550 Regency Square Blvd | Suite 500 A | Jacksonville FL 32225 |
| 16024551 | Emerald AR Systems | 3636 North Central Avenue | Suite 650 | Phoenix AZ 85012 |
| 16024552 | Enhanced Recovery Corp | Attn: Bankruptcy | 8014 Bayberry Road | Jacksonville FL 32256 |
| 16024553 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101 | |
| 16024554 | Iq Data International | Attn: Bankruptcy | Po Box 340 | Bothell WA 98041 |
| 16024555 | Kls Financial Services | Attn: Bankruptcy | 991 Aviation Parkway Ste 300 | Morrisville NC 27560 |
| 16024556 | Sandia Resolution Co LLC | c/o James R. Vaughan | 11445 E Via Linda, Ste 2–610 | Scottsdale AZ 85259 |
| 16024558 | Transworld System Inc | Attn: Bankruptcy | Po Box 15630 | Wilmington DE 19850 |
| 16024557 | smilebrand | 100 Spectrum Center Drive | Suite 1500 | Irvine CA 92618 |

TOTAL: 17