Maureen Gaughan,
Chapter 7 Trustee
PO Box 6729
Chandler, AZ 85246
Telephone (480) 899-2036

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| GARCIA LABRADA, NANCY B | ) | CASE NO. 2:20-03676-DPC |
| | ) | |
| | ) | TRUSTEE'S OBJECTION |
| | ) | TO PROPERTY CLAIMED |
| | ) | EXEMPT AND NOTICE OF |
| | ) | BAR DATE |
| Debtor(s). | ) | |

    Maureen Gaughan, Trustee of the above-captioned estate, pursuant to Bankruptcy Rule 4003(b), objects to the exemption claimed by the Debtor, as shown on Debtor's Schedule C - Schedule of Exempt Property, of the following property: 401k.

    As grounds for objection, the Trustee states that sufficient documents have not been provided to support the claimed exemption. The exemption should be denied.

    Notice is given that the exemption will be denied as recommended by the Trustee on or before 21 days from service unless the Debtor sends sufficient documentation to the Trustee and receives from the Trustee a withdrawal of the objection OR the Debtor files and serves a response to the Objection with the Clerk of the Court and mails a copy thereof to the Trustee at: PO Box 6729, Chandler, AZ. 85246. If the Debtor timely files and serves a response to the objection, the Trustee will request a hearing from the Court. If no response and hearing is requested, an Order will be entered without further hearing.

| August 3, 2020 | /s/Maureen Gaughan |
|---|---|
| DATE | Maureen Gaughan, Trustee |

/ / /
/ / /

Copies mailed on
this 4th day of
August, 2020

Debtor: GARCIA LABRADA, NANCY B, 12801 S HERMIT RD, BUCKEYE, AZ  85326
Debtor Attorney: THOMAS ADAMS MACAVITY, PHOENIX FRESH START BANKRUPTCY ATTORNEYS,
4602 E. Thomas Road, Ste S-9, Phoenix, AZ 85028
U.S. Trustee: 230 N. First Ave.  Suite 204, Phoenix, AZ  85003

By:   /s/mg
    Trustee