Maureen Gaughan,
Trustee Chapter 7
PO Box 6729
Chandler, AZ 85246-6729
Telephone (480) 899-2036

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | CHAPTER 7 |
| ) | |
| GARCIA LABRADA, NANCY B. ) | CASE NO. 2:20-03676-DPC |
| ) | |
| ) | TRUSTEE'S WITHDRAWAL OF |
| ) | OBJECTION TO PROPERTY |
| ) | CLAIMED EXEMPT |
| Debtor(s). ) | |

    Maureen Gaughan, Trustee for the above named debtor, hereby withdraws her Objection to Property Claimed Exempt.

DATED: September 15, 2020

                                                                /s/ Maureen Gaughan
                                                              Maureen Gaughan, Trustee